**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SAINT JERMAINE ENDELEY,

                Plaintiff,

  -against-                                  25 **CIVIL** 4889 (LTS)

                                                  **JUDGMENT**

NEW YORK UNIVERSITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Bar Order dated October 27, 2025, the Court under 28 U.S.C. § 1651 hereby bars Plaintiff from filing future civil actions IFP in this court against NYU without first obtaining from the court leave to file. See 28 U.S.C. § 1651. Plaintiff must attach a copy of the proposed complaint and a copy of this order to any motion seeking leave to file. The motion must be filed with the Pro Se Intake Unit of this court. If Plaintiff violates this order and files an action without filing a motion for leave to file, the action will be dismissed for failure to comply with this order. Plaintiff is further warned that further litigation lacking merit may result in the imposition of an order barring him from filing complaints IFP against any defendant without prior leave of court. See id. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Accordingly, the case is closed.

**Dated:**  New York, New York

      October 28, 2025

 

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**